STATE OF CONNECTICUT *v.* LAWRENCE HUBBARD

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 178 (AC 11044), is denied.

*Donald D. Dakers,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided October 28, 1993

PETER M. HOLMES *v.* ANNE S. HOLMES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 317 (AC 11424), is denied.

*Morgan P. Ames,* in support of the petition.

*Mark F. Katz,* in opposition.

Decided October 28, 1993

NEW HAVEN FIREBIRD SOCIETY ET AL. *v.* THE BOARD OF FIRE COMMISSIONERS OF THE CITY OF NEW HAVEN ET AL.

The petition of the defendant Local 825, International Association of Firefighters, for certification for appeal from the Appellate Court, 32 Conn. App. 585 (AC 11505), is denied.

*W. Paul Flynn* and *Lawrence S. Dressler,* in support of the petition.

*Joseph D. Garrison,* in opposition.

Decided October 28, 1993